UNITED STATES of America,
Plaintiff–Appellee,

v.

Ray PLAIR, Defendant–Appellant.

No. 05–12913
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 6, 2006.

David Jonathon Joffe, Joffe & Joffe,
P.A., Fort Lauderdale, FL, for Plaintiff-
Appellee.

Peter J. Sholl, United States Attorney's
Office, Tampa, FL, for Defendant-Appel-
lant.

Before DUBINA, HULL and COX,
Circuit Judges.

PER CURIAM:

David J. Joffe, appointed counsel for
Ray Plair in this direct criminal appeal,
has moved to withdraw from further rep-
resentation of the appellant and filed a
brief pursuant to *Anders v. California,* 386
U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Plair's convictions and sentences are **AFFIRMED**.